STATE of Minnesota, Respondent,

v.

Tanis Rayette ELKINS, Appellant.

No. 48107.

Supreme Court of Minnesota.

May 19, 1978.

Barry L. Wittenkeller, St. Paul, for appellant.

Warren Spannaus, Atty. Gen., William B. Randall, County Atty., Steven C. DeCoster, Asst. County Atty., St. Paul, for respondent.

PER CURIAM.

Defendant was found guilty by a six-person district court jury of a charge of felonious theft, Minn.St. 609.52, subds. 2(1) and 3(2), and was sentenced by the trial court to a maximum indeterminate term of 5 years in prison. On this appeal from judgment of conviction defendant contends that there was as a matter of law insufficient evidence of guilt. On careful review, we find no basis for this contention.

Affirmed.